THE HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC CONCRETE, INC., a Washington corporation, EDIFICE CONSTRUCTION COMPANY, INC., a Washington corporation, UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation, and SCOTT B. ADAIR, an individual,<br><br>Defendants. | No. 2:18-cv-01502 RAJ<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

TAKE NOTICE THAT: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff serves this Notice of Dismissal with prejudice and without costs or terms. None of Defendants have been served, and therefore none have yet filed an answer or a motion for summary judgment. This is an individual case not subject to Rules 23(e), 23.1, 23.2, or 66. The dismissal shall be entered without court order pursuant to Rule 41(a)(1)(A)(i).

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (Cause No. 2:18-cv-01502 RAJ) – 1
CPW1379.645/3045470x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

2        DATED this 28th day of November, 2018.

3

4                                  *s/ John M. Silk*
                                   John M. Silk, WSBA# 15035
5                                  Wilson Smith Cochran Dickerson
6                                  901 Fifth Avenue, Suite 1700
                                   Seattle, WA  98164-2050
7                                  T: 206-623-4100 / F: 206-623-9273
                                   E: silk@wscd.com
8                                  *Attorney for Plaintiff American States Ins. Co.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE (Cause No.
2:18-cv-01502 RAJ) – 2
CPW1379.645/3045470x



901 F<small>IFTH</small> A<small>VENUE</small>, S<small>UITE</small> 1700
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98164
T<small>ELEPHONE</small>: (206) 623-4100
F<small>AX</small>: (206) 623-9273

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**SIGNED** this 28th day of, November 2018, at Seattle, Washington.

_s/ Alicia Ossenkop_
Alicia Ossenkop

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE (Cause No.
2:18-cv-01502 RAJ) – 3
CPW1379.645/3045470x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273